UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| TAMARA LEE BOLOGNANI, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No. 1:14-cv-00156-jgm-jmc |
| : | |
| CAROLYN W. COLVIN, : | |
| Acting Commissioner of : | |
| Social Security Administration, : | |
| : | |
| Defendant. : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed November 4, 2015. (Doc. 20.) After de novo review and absent objection, the Report and Recommendation is AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1).

Plaintiff's motion for an order reversing the decision of the Commissioner (Doc. 15) is GRANTED. Defendant's motion for an order affirming the Commissioner's decision (Doc. 18) is DENIED. This matter is REMANDED for further proceedings and a new decision.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 14th day of December, 2015.

/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge